153        1823

*Morris*
*vs*
*Baldwin*

Filed in open Court 5 Oct 1824
Jer. V R Ten Eyck D^y Clk

Sup: Court. sep^t term 1824

*William Morris* ⎫
*vs*          ⎬    And now the Def^t comes by Whitney his Att^y and
*Ezra Baldwin* ⎭    moves the court here to set aside the Verdict found
in this case, and that a new trial may be granted the Def^t — for the following Reasons to wit

1—because the Verdict in this Case was found Contrary to Law

2—Because the same was found Contrary to Evidence.

3.—Because — the Def^t since the trial in this Case has discov^d new testimony which he is advised & verily believes is material and necessary for his defence — that the witness resides at Green Bay — & he expects to be able to obtain his testimony at the next term.

WHITNEY   Att^y for Def^t

[In the handwriting of Andrew G. Whitney]